**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SCOTT DAVID JOHNSON,

      Appellant

      v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS,

      Appellee

: No. 106 MAP 2024
:
: Appeal from the Order of the
: Commonwealth Court at
: No. 426 MD 2024 dated
: December 16, 2024.
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                       **DECIDED:  June 17, 2025**

     **AND NOW,** this 17th day of June, 2025, the order of the Commonwealth Court is

**AFFIRMED**.